IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILMINGTON SAVINGS, et al.<br><br>　　　　Defendant. | Case No. 18-cv-03506-CRB<br><br>**ORDER DISMISSING BANKRUPTCY APPEAL** |

For the reasons given in the bankruptcy court's dismissal recommendation (dkt. 3), the appeal is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: July 17, 2018

CHARLES R. BREYER
United States District Judge